Name: Kristie LeBant (?)
Address: 13371 Don Bays (?)
136K Seal Beach (?)
Phone: 657-282-2716

Plaintiff In Pro Per

FILED
CLERK, U.S. DISTRICT COURT
APR 26 2022
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

L/N

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Kristie LeBant (?)

PLAINTIFF,

vs.

Johnny Depp II

DEFENDANT(S).

Case No.: 8:22-cv-00679 JVS-DFMx
(To be supplied by the Clerk)

COMPLAINT FOR:

_____
_____
_____
_____
_____
_____

Jury Trial Demanded

## I. JURISDICTION

1. This Court has jurisdiction under where close (?) at this time.

Kristine M Led-ford -B David

1337 Danbury LN

136k Seal Beach CA. 90740

Wednesday, April 20, 2022

- I Kristine m Led-ford filing a suite on Mr John Christopher Depp II **June 9, 1963** defamation of charter case abuse and libel, slander, and similar claims as Miss amber heard that forms of speech are false slander on me , have caused damage to reputation or emotional distress on me and my family hes presented false light statements about me on several Occasions , And that has have resulted in criticism, dishonor, assaults person things that have happened during COVID from Mr John Christopher Depp II and parties have done each party will be listed and note all text written acknowledgment of having received, or taken into one's possession, a specified amount of money, or anything I've ever shipped has been documented .

### Receipts, the amount or quantity received or paid for

(2)DOMESTIC COURT.— FEDERAL

- The mental abuse trauma by Mr. Johnny Depp and friends loss of my monies accusations of a check they say I took bee bank records documents. That have been given to authorities in Medford Oregon Haversack NJ Recently Rough Island and text messages and statement to a detective Carney of OHIO stated that all need to go to Oregon 8900 pieces pf paper cell phone cards and documented for evidence. Forcing me back to Los

Angles and finish Kennedy Gordy case 2021

- And then bamb a person started saying Miss heard and John Christopher Depp II want Their moment I just been here under 48 hours location were I'm staying. To Mr. John Christopher Depp II and the slander on the check that he claims I stole I'm a thief that he said to keep because of Mr. black sending it others attacking me

- 22, 000 dollars in monies after giving 75,000 to him Mr. Clint black band members actors

  And others in the entertainment field being harassed all the time by others Mr. Depp knows like Kenny chesny Jason Alden and others James Franco and our conversation and text and flipping me the bird calling me names and emails and such that started in the beginning in Jan -2020 months of conversation to he was going to kill me because my family was no longer handing monies to him for meet and greet e-mails text a pic of f - you giving me the bird. during that time I had already filed on Mr, cruises and had to let the cases go into 2015 due threats to harm me my kids that had my ex -husbands name on it in text messages as well as my sister Starr Wilson that John say's was involved in stealing the monies 75000 plus dollars from me.

- **<u>Not to mention threats to kill me make me beg for my children's lives to kill Haley and Rickee Just recently in RI .</u>**

- Mr. Depp changed my passwords - twitter putting Mr. Gorge straight whom I wanted to tour with on the music side of the tour for epilepsy during that time I was working on films self care and a feeding tube lock for my patient .

- Mr. Depp **The change of my Facebook** - in what keeping me from checking on my mother / slash ex -mother in-law why her roommates taking her cell phones medication Also requesting that I may play T**he tapes of my mother who passed away 9 months ago** before the helmet before the feeding tube lock out before Haley Lynn gets the first box that holds each device and holding up 48 .000 pounds of feeding tube locks who we call Dorthy at 1 million dollar back order hurting me so much that I was not there in the time of my moms last moments my heart hurts so badly my grandparents past My dad Steven E Bettes just had cardio vascular surgery and now half my aunts heart stop working she gone blind now me mom Jackie Bettes had our moment's over seven dollars is seven dollars not 20 dollars cleaning out the fridge of junk replacing healthy food . Unable do all quotes and deliver and finish patient thanks to Depp and friends why all I want to know why .

- I 'D like permission to play Tapes on moms drug abuse the theft of her food stamps - by her daughter Billie Cole and the death of baby Armstrong my Miss Cole Billies friend mike and my ex husband Steven bettes and her caregivers at that time for intimidation to my mother Jackie Bettes with weapons cell phone knives and more . why we were having consent money issues to the care of my mother Jackie Bettes even during the Alex Kane movie contract that must now be refiled after stealing 900.000 in movie films monies breach of contract sack-man – boogieman .

- it started during the time I was security for entertainers . Why I was in school for being a body guard . I did security for a young lady in Ohio and the call from a gentlemen

repeatedly harassing me name calling threats to cut my hands and feet off will provide reports to each party as well pic of suspect report number 02/20/12- 12-01197 text that also have my ex-husbands name in it as well Steven Ray Bettes . Threats and abuse to my girls in text message but during the time I was already affiliated with Harry -David provide text messages and copies of all conversation to Harry appearances that he was doing with other females and using the things I wanted to do with Harry doing with other ladies both of my kids

- Ashes are in London were mom said she wanted to be to Ethan David Robertson (born October 1, 2003, in Medford, Ore.) and Emerald Lavonne Robertson (born October 21, 2006, in Medford, Ore.) died on a Thursday night when the cabin they were sleeping in was destroyed by fire they stated that Ethan was closest to the fire I was 16 when my sister Starr caught on fire watching her skin fall scrubbed from her body in shock I know but was Ethan gone when it hit that is a mothers question but it bugs me because it was after their real mother said she will never marry again as long as she had those children .

- But see they are will remain part of my heart as my own children they may not be from me but I'm still as Ethan said can I call you mom? My children should have been home no sooner he was done using my family my daughter Haley promised to and married Megan and being at Ben's house why Ben talking to me getting monies from me as well Harry owes 470.000 to my family I was talking to his family in 2014 -

- **Frank Joseph Hernandez Jr., 25 on April 11th, 2017 killed my son Jordan leaving a**

grandson behind Jordan was shot with a shotgun close range Hernandez got out of his car, pulled his gun and shot Jordan Andres in the chest. Witnesses attempted CPR on Andres as Hernandez fled, arrested in 48 hours after his death .

- Jordan had his style the kid he loved his mother very much but the things that boy would hear was very unfair fear of a mom loving him as her own skyler had some issues most of maybe bending car rod in half almost crashing with other kids in it stealing keys pushing it all the way home putting the keys back or just watching the kids do gymnastics volunteer with all Haley programs why she was tested for epilepsy and cancer see photos .they say a Drug deal gone wrong Jordan smoked weed that's all I knew but I knew He loved his other family like his mother a homicide .

- One thousand drum sticks will be handed out during the music event in L.A on crows night our music tour on gun violent crimes

- Chinese exhibit night for Haley karate teacher who's past of cancer . Christian rock old school rock night full video of our lord our marches throughout history . And me and my daughter Rickee hit the recording studio this year we moved the event to next year . Using the children as a tool unfair Depp others have no right none .

- It's been a year latter I'm still getting the calls text and stocking behavior about my kids grand-kids . Like in 2018 why talking with Mr. Depp and Sharon stone and few others on the movie W*hen The Sun Comes Down* -I wanted Chris Pratt as my partner in that film are conversation text messages with Pratt it just got to be to much cards

the text the dick pics the threats my neck  Depp got very upset because I wanted  him as Jared and him as Bell Starr Sharron stone husband in the film . that was not good enough and my roommate at the time let me work from home in massage therapy and one evening  I  came back from a eatery when  I sat down on the edge of the door smoking at the time  when my roommate took the 100 lb door 289 lb body smashing it repeatedly got your key got your key pushing the door on my  back neck compressing

- My neck after I just gave him monies he wanted more I was talking to Depp I  said I need some of my monies back  c3 -c7 was compressed The nerves of your spinal cord run through the openings between the vertebrae and out to your muscles. Spinal cord compression can occur anywhere from your neck (cervical spine) down to your lower back (lumbar spine). Symptoms include **numbness, pain, and weakness to my legs leaning to stand having sweater around my waste 98 percent of the time**  my stomachs out pushing hard to use the restroom is it forever to the point it was almost forever so hard to understand why Depp friends are doing this to me , see records that also Tom Molina  was talking with my ex husband Steven ray Bettes name on it as well Molina said I  hit him I  was wrongful arrested Mr  I did not hit him see polygraph  three years after that I still hospital after hospital spine legs facial swelling . For three years now dealing with being without income and the monies I make not enough to live but I am trying .

- Depp Franco and others have had me always looking over my shoulder not leaving me alone  now we will go into <u>Ben aflack </u>over one year **period of time Aflack  gifts are mine  as followed one brief case monies 6 million  two watches  one purse one yellow envelope 75000 dollars  *one wallet four necklaces  two pair of shoes***


**requesting to be delivered to the court house until the case over and the Judgment on all parties be made held until further notice and gag order in place .**

- Ben has done this repeatedly to me my girls to the point where I have to get verbal and Always using Jennifer to do so Lopez has always done this bought her way into Ben life keeps in the drug world this time why I said my peace using Kyle Jenner to bully me she don't care she thinks its all head game bull shit as she says oh oh he asked me to marry him know what the fact is Ben will only do thing's for monies . Recently a email that some in the USA was hired to kill me and will not stop until I am dead .

- 

- The grammar is bad ad on the Email but enough to send over to the Police involved and they to call in the FBI and come back to L.A and be told that Amber all want their moment your honor these thing are not a public display this not a joke with human life this is children and my life monies after monies lies after lies . Mr. Depp and parties repeatedly said don't give them anything nothing I get why but why me I still don't understand . Why he and these men are threats to me I'm a mother singer and I always work harder then most because part disabled yeah ssi no yes food yes medical through the state yes trying company up running so I can work yes or course videos of all in the case and the gift time date text messages and all documents -

- Asking that no paper that are not provided by me be excepted in the court of law due to the case in Miami beach Florida and all copies that me and officer of Medford Oregon be submitted anything beyond that be concerted stolen property . Neil singer

case nothing from the officers in that case again will provide text messages and more photos in the matter.

- 

### •Elton John case

- Also documents and promised 11 million on my epilepsy helmet program that was demolishing my credit and things on my criminal record

- As well credit card use that Mr John sent over and put Gary mongelli name on it not mine after use of Mr Mongellis cards kole , target recites each party will be listed and note all text  written acknowledgment of having received, or taken into one's possession, a specified amount of money, or anything I've ever shipped has been documented . and more to black his has also  been documented in the domestic violent department and police departments and letters certified we will call the DV unit to the stand with the three sealed envelopes from New jersey  open in the presents of the court each party will get a copy.

- That I paid him back and fired him as well Mr Mongelli to porn on out company phones letters that have  all monies paid back each note to have logs in the matter stored away . Also that it could of gone on my record admitting that he put the wrong name and that was on Skype **_screenshot  the conversation. Will provide videos monies there as well  videos each parties hangout text now other account's ._**

- Cases 2010 saying that I was coning others out of monies no I did not the monies was from me working and why I was signed as a information specialist for Mr. Rick Spenser of Medford Oregon Police department in 2008-2009-2010 threw me my family and put us in harms why I was training to be law enforcement officer that also involved **Starr Wilson** the young lady posted I had aids online also had her classmates beat me in a park after a mark walburge concert until a child was dead inside me also why pregnant with older daughter Rickee we did not know there was two babies when Starr Wilson was asked to leave my home for her relations with my ex- husband Steven Ray bettes when Starr was asked to leave she smashed my pregnant body into the corner of the washer machine over and over again Rickee would not move for days the other child gave all of his everything to Rickee Tristan number 2 never less of a child died a wanted one passed all of my babies after that passed only made it to most 6 months Mr. Depp said **Starr Wilson** was involved in stealing my monies as for Tristan the first and the second child and the damages to Rickee's heart I'm asking for relief in this matter from **Starr Wilson** family is a stocker 2007 she tried saying I was using her name faults info to officer no I told him who I was talking to asking Starr voicemail be played exhibits of thirty years of abuse by this lady friends and gag orders to all in the case because of Starr Wilson violent crimes to my record my children her emotional abuse to me having to repeatedly having me arrested stocked had to change my name many times use other names even in doctor appointments I have to use a different name every-time , when it comes to Starr Wilson

I've even had to resort to threats with the woman to harry because of Starr to be silent

raged woman she is to her Kerri mariem her sister oh she will take my side Annette birth name Kerri to Mark Walburge statement when ever it's me it;s lies unless a person is hurt I cry beg for mercy threats to Haley me Rickee Starr will do that for attention like she did when me and ex husband where married with Tiffany bethkey who also had relation with my ex husband . I'd also like take a polygraph on misty bettes to kids Rickee Ann Marie her affirmation with Starr and all be submitted.

also asking all polygraphs in the matter of all document that are given during court be ran by me at all times seems I was Held up at gun point by a Civilian with a officers weapon wiggling his penis at me holding gun after waiting for me see text and video Florida police theft of the 870.000 in the evidence in prostitution rings see photos text also that Tristan polygraph be used as well part of Starr Wilson action her threats to kill a cop her threats to do all anything to protect her father who raped children . So why did Starr name her son Trenton I have no clue but I know my son's see me . List of the kids as followed Tristan N.M bettes Rickee and Tristan the second Haley lynn bettes that ex- husband drown and today is a mother a cook a wonderful young lady then baby Katheryn M. Armstrong Evan Robert Joe and Marie Morran . Two unknown my hope is when its over Katheryn M. Armstrong will go to space with her cousin Armstrong when NEE2 and the computer board on it's done Ethan Emmy Kacy sue a child murdered by a trick my god daughter , Kacy mother

- left her with a man she brought home a letter of her add after Haley said no write it your self the first ten grand of my ssi monies went to Haley Lynn for her Ep program

no monies was stolen taken as the TV said I had 6000 dollar funding it was me to her you can keep it spend on your self or do this drawing this program she said mom I have all I need and I have you can we do it please .

## case reflection

Led-ford v. Mapother | CASE NO. 1:15 CV 1647 | N.D. Ohio ...On August 18, 2015, I Kristine Led-ford, aka Annette Marie Wilson, Thomas Cruise Mapother, IV, aka Tom Cruise. Her brief Complaint is unclear, but alleges Defendant answered an ad on Backpage.com for an escort I provided security for the escort, and subsequently had conversations with Defendant on Twitter and Facebook. I stated that Defendant proposed marriage to me , but thereafter stalked me , my friends, and persons affiliated with Backpage.com. Finally, I Kristine led-ford me and my daughters have received phone calls from Tom Cruise and associates Mr. Sean Costello . Threats on the kids threats on law enforcement officer crash being my fault You did this he said .  see packets 1-3 or more that will be provided to each part of case

## Reflection sample 2

CASE NO. 1:15 CV 1053 Ledford v. Newmark - i will be refiling these actions to the courts as the FBI investigates these allegations in RI at this time to the threats of my children .and make me beg for their lives sense all this has started . 2010

I Kristine Ledford aka Annette Wilson filed this action against Craigslist founder Craig Newmark, Craigslist Chief Executive Officer James Buckmaster, and Craigslist.org. In the Complaint (Doc. # 1-1), Plaintiff asserts someone at Craigslist.org reported to Oregon police I

was promoting prostitution, resulting in her arrest. My claims I was slandered in a news report and seeks monetary damages.

I. BACKGROUND wrongful arrest 2008-09-2010 -

that in 2010, I operated a massage business out of her home and in various hotels in the State of Oregon. I stated that I used the Craigslist.org website to post advertisements related to her massage business. On June 30, 2010, Plaintiff and twelve of her clients were arrested and charged with engaging in prostitution. I Kristine led-ford contends she did not exchange in sexual activity for money and was not guilty of prostitution. She alleges the Defendants contacted local law enforcement to report a false prostitution sting "in hopes of getting in local law enforcement['s] good graces due to the repeated reports of destructive actions caused by Craigslist.org and there [sic] allowing prostitution on their website (craigslist.org)." (Doc. #1-1 at 2). She contends I was slandered online in Medford, Oregon and Central Point, Oregon by a local newspaper, the Medford City Buzz, posted under examiner. She seeks $ 2,500,000.00 from the Defendants. Caused massive out radge brake and harassing at all times on so many levels even today but yet I'm still celibate for my religious reasons its not monies its not sex but act of commitment love act or in some cases film act .

I am filing on Oregon 1 million each count on my record that don't belong to me that pertains to not fowling through with investigations

prostitution cases and collaboration during the time of being signed information specialist and picking fowling through with investigation .

Use of credit card

brake ins to my home my mike Robertson and party

brake into my house ganaell deheart and boyfriend Eric stealing cashing ssi check and shopping with it.

brake into my house misty Skinner and sadona vickers stealing 8000 in property

use of signing my name to a check book sadona vickers

my stabbing and rape molestation to me and Rickee by a Jim Benson  And use of my name total of 14 charges that are not mine

theft and paid for furniture I paid for through Nelly Baldwin  landlord where my ssi went to her account 2008- 10,000 plus went into her account  -who's husband was involved in the prostitution rings at through a laundry mat online gambling young ladies and monies in and out of Oregon through sites mail  cameras inside the mat  connected to our missing children in Oregon ,

prostitution rings why and informant – using another informant that held my daughter at knife point then locked my child in room pointing knife at me my daughter who tried to kill her self saying sorry mommy mom sorry honey its okay  my home being broke into  driving parking in a handicap spot who sister tried to bait me in Ashland Oregon to prostitute her

out I ended up calling the sheriff department the same department that told me to make it look good the department trapping you again with another informant .

### reflection case that Mr. costello to Tom cruises and Depps and knows mark walburge body guard see text messages

I Kristine Led-ford aka Annette Wilson filed this Complaint against actor Mark Walberg and the former music group, New Kids on the Block. In the Complaint, by me Kristine Ledford Walberg is holding some of her personal property and has information that could lead to the conviction of **Carl James Wilson for helping rape rape of children stocking trying to commit murder by stranglation of his grandchild why epecting**  She seeks monetary damages to Mark Walburge the . the actor,  result in the conviction of **Carl James Wilson** on child molestation charges and helping his son  Audie james wilsion who raped his  sister Carleena wilson and get away with rape she had a voice know-one heard  All us victims do one things rape abuse we take our hands hold the to the ground flat for the lord create our balance  our justice . I  contends Walberg has a letter written in 2003 which pertains to Haley Bettes, being found in bed with her father **Carl Wilson**  I removed Haley and dropped the tape in the mail along letters and  domestic violence tapes pertaining to Steven Bettes that Robyn Wilson wanted so bad that is where Robyn Wilson  got meth from reason I left Steven , and tapes of Wilson  from  1989 killing a dog hanna singing little mermaid or art of beauty bell  through 2000 of Steven bettes  . She states one of the tapes provides evidence of kidnapping of Haley bettes  threats killing his mother I'd never see my children again  2000 to letters on Danny baker who is at large right now for rapeing 4moth old 13 and 16 year old

and women as the assault on me by baker and ex husband and running away . So I Kristine Ledford v. Wahlberg I do and have alleged Walberg is also holding poetry books from North Shore Junior High School that Jordan knight says they still have , medals from the Special Olympics, children's books, and a sword shipped to her in 2001. I indicated that mark Walberg was on tour marky mark and the funky bunch along with New Kids on the Block tour tapes 1989 in Medford, Oregon in 1991 mark made me climb a fence to take my song Rain, forever and everlasting latter sang by joey mac member without my permission singing my songs outside of the private entrance fence to one of the mark walburges members of his band . I was seeking $ 8,700,000.00 from New Kids on the Block I'm now asking for double. See text messages Jordan knight why talking and text with Jordan he is the only one to want to try but still it's nice when I talk to him , over the past 7 years talking to Jordan through all this and more Jordan knight is only one step up I cant say much about all these bands letters things they say and Starr but the hope the court will But Ill be leaving this in the hand of the court .

$900,000.00 from Walberg, and 3% royalties on all of Walburge films from 2003 the the present date . I have asked begging that mark come forward to approach mark last year on set one of his films on the way workout and batting cadge practice – asking the polygraph on Rickee Ann Marie bettes that Robyn Wilson drudged Rickee after I left Steven to move to Washington find a place get the girls running to the hospital after I left to get them in her care she gave Rickee medication to sleep for Carl Wilson to molest her. Carl Wilson mother told me what he had done

**_Starr brought mark up in the voicemail tapes to hurt me abuse during the time of Depp_**

and other games Starr Wilson credit on my record staking me all over the planet that her misty Steven and anyone in his or her family to talk hurt my girls and that all fact be looked at by the court to damages to me this pain they inflict for no reason other then attention hurt to get me to as starr say we are to and supposed to be together and then she flips out .

Asking John Depp pay all monies

- asking twenty five million dollars

- all medical bills and pain suffering the fashion line that Depp did not pay for as well see documents.

- Another two million for-all therapy plus each domestic violent unit paid and all other surgeries that need to be done paid by Depp .

Thank you

Kristine m Led-ford

*Kristie m Jerton* (signature)
4-26-22