## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

KRISTINE M. LEDFORD,

PLAINTIFF(S)

v.

JOHNNY DEPP, II

DEFENDANT(S)

CASE NUMBER

8:22-CV-00879 JVS (DFMx)

**ORDER RE REQUEST TO PROCEED**
*IN FORMA PAUPERIS*

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____          _____
Date                             United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency      ☒ District Court lacks jurisdiction

☒ Legally and/or factually patently frivolous      ☐ Immunity as to _____

☒ Other:  See below.
_____

Comments:

(1) No allegations to establish diversity jurisdiction. See 18 USC § 1332. (2) Complaint does not contain a short and plain statement of a claim. See Fed. R. Civ. P. 8(a)(2). (3) Furthermore, the Complaint's allegations are nonsensical and do not consist of anything close to approaching an actionable claim; the Court may deny leave to proceed IFP if it appears from the face of the complaint that the action is frivolous or without merit. See Minetti v. Port of Seattle, 152 F.3d 1113, 1115 (9th Cir. 1998); see also 28 U.S.C. § 1915(e)(2)(B).

April 27, 2022          Douglas F. McCormick
Date                    United States Magistrate Judge

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED

☒ DENIED (see comments above).  IT IS FURTHER ORDERED that:

    ☒ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.

    ☐ This case is hereby DISMISSED immediately.

    ☐ This case is hereby REMANDED to state court.

April 28, 2022          James V Selna
Date                    United States District Judge  James V Selna