JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 22-00879JVS(DFMx) | Date | July 19, 2022 |
| Title | Kristine M Ledford v Johnny Depp II | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   [IN CHAMBERS] ORDER DISMISSING CASE

On April 26, 2022, the plaintiff filed the Complaint[1] with a Request to Proceed Informa Pauperis[4]. On April 28, 2022, this Court Denied the Request and ordered that "Plaintiff' SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed". On May 31, plaintiff filed a Request for Extension[9], and on June 9, the Court granted plaintiff 14 additional days to pay the fees. On June 22, 2022 the plaintiff filed an additional Request for Extension[12] and on June 23, 2022 the Court granted plaintiff an additional 10 days to pay the fees. To date, the fees have not been paid.

The Court ORDERS this case DISMISSED without prejudice.  It is the plaintiff's responsibility to diligently prosecute this matter, including following Court orders and timely paying the filing fees.

| | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |